IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARI FRAIRE,**

    **Plaintiff,**

**v.**                                                            **No. 14-cv-0131 SMV/KBM**

**SILVERMAN & BORENSTEIN, PLLC,**

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff has failed to take any steps to prosecute this action since she moved for a Clerk's entry of default on March 24, 2014.[1] [Doc. 4]. Accordingly, Plaintiff must show good cause within 30 days why her case should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **July 31, 2014**, why this action should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED**.

                                                                        **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**

---

[1] The Clerk entered default one day later, on March 25, 2014. [Doc. 5].